# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                       Case No: 6:19-cv-2169-Orl-31GJK

**ROBERT POSEY and REBECCA POSEY,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment against Defendants (Doc. 11), filed January 22, 2020.

On February 25, 2020, the United States Magistrate Judge issued a report (Doc. 12) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The Motion for Default Judgment (Doc. 11) is **GRANTED.**

3.     The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendants Rebecca Posey and Robert Posey, jointly and severally, on Count I for unpaid federal income tax for 2005-2008 and 2014-2016 in the amount of $145,558.04 as of January 21, 2020, plus penalties and interest that continue to accrue as provided by law, for which sum let execution issue; and

4.     The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant Robert Posey on Count II for unpaid federal income tax for 2009-2013 in the amount of

$57,932.81 as of January 21, 2020, plus penalties and interest that continue to accrue as provided by law, for which sum let execution issue.

    5.    After entry of the above judgments, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 11, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party